UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-300(3) DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAU VAN NGUYEN,<br><br>Defendant,<br><br>ANAGRAM INTERNATIONAL INC.,<br><br>Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Chau Van Nguyen, the judgment debtor, and
Anagram International Inc., Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Chau Van Nguyen.

An Agreed Final Order in Garnishment was duly issued by the Court on May 27, 2003. Pursuant to the Agreed Final Order in Garnishment, as of the date of service, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld $50.00 of the judgment debtor's disposable earnings each month, pursuant to the

garnishment order. The payments received by the U.S. Attorney's Office for the last 15 months are reflected on the attached Payment History.

Dated: November 28, 2005

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600