PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 28-NOV-2005 FOR: 2002Z00263/002 PAGE: 1 OF 2

DEBTOR: Chau Nguyen

COURT NUMBER: 01-300 (3) DWF PRIORITY CODE: 02

CURRENT LIABILITY BALANCE: $xx

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0076 | PMNT | 6B | 13-SEP-2004 | GC/H | ANAGRAM-C. NGUYEN | | 400 276606 | | $25.00 | 14-SEP-2004 |
| 0077 | PMNT | 6B | 27-SEP-2004 | GC/H | AUTOMATIC DATA PROC | | 400 276898 | | $25.00 | 28-SEP-2004 |
| 0080 | PMNT | 6B | 12-OCT-2004 | GC/H | C. NGUYEN-ANAGRAM | | 400 277122 | | $25.00 | 15-OCT-2004 |
| 0081 | PMNT | 6B | 25-OCT-2004 | GC/H | ANAGRAM-C. NGUYEN | | 400 277494 | | $25.00 | 25-OCT-2004 |
| 0085 | PMNT | 6B | 08-NOV-2004 | GC/H | C. NGUYEN-ANAGRAM | | 400 277706 | | $25.00 | 09-NOV-2004 |
| 0086 | PMNT | 6B | 23-NOV-2004 | CL/A | ANAGRAM-C. NGUYEN | | 400 277919 | | $25.00 | 24-NOV-2004 |
| 0090 | PMNT | 6B | 07-DEC-2004 | GC/H | C. NGUYEN-ANAGRAM | | 400 278080 | | $25.00 | 10-DEC-2004 |
| 0091 | PMNT | 6B | 20-DEC-2004 | GC/H | C. NGUYEN-ANAGRAM | | 400 278292 | | $25.00 | 21-DEC-2004 |
| 0096 | PMNT | 6B | 03-JAN-2005 | GC/H | C. NGUYEN-ANAGRAM | | 400 278422 | | $25.00 | 04-JAN-2005 |
| 0097 | PMNT | 6B | 18-JAN-2005 | GC/H | ANAGRAM - C. NGUYEN | | 400 279432 | | $25.00 | 19-JAN-2005 |
| 0098 | PMNT | 6B | 31-JAN-2005 | CL/A | CHAU NGUYEN | | 700 434138 | | $25.00 | 01-FEB-2005 |
| 0101 | PMNT | 6B | 14-FEB-2005 | GC/H | C. NGUYEN- ANAGRAM | | 400 280569 | | $25.00 | 15-FEB-2005 |
| 0102 | PMNT | 6B | 28-FEB-2005 | GC/H | C. NGUYEN-ANAGRAM | | 400 280860 | | $25.00 | 01-MAR-2005 |
| 0105 | PMNT | 6B | 14-MAR-2005 | GC/H | C. NGUYEN-ANAGRAM | | 400 281151 | | $25.00 | 21-MAR-2005 |
| 0108 | PMNT | 6B | 12-APR-2005 | GC/H | C. NGUYEN-ANAGRAM | | 400 282216 | | $25.00 | 14-APR-2005 |
| 0109 | PMNT | 6B | 25-APR-2005 | GC/H | C. NGUYEN-ANAGRAM | | 400 282990 | | $25.00 | 26-APR-2005 |
| 0112 | PMNT | 6B | 09-MAY-2005 | CL/A | C. NGUYEN | | 400 283417 | | $25.00 | 10-MAY-2005 |
| 0113 | PMNT | 6B | 24-MAY-2005 | GC/H | C.NGUYEN-ANAGRAM | | 700 435360 | | $25.00 | 25-MAY-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 28-NOV-2005 FOR: 2002Z00263/002 PAGE: 2 OF 2

DEBTOR: Chau Nguyen

COURT NUMBER: 01-300 (3) DWF PRIORITY CODE: 02

CURRENT LIABILITY BALANCE: $xx

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0115 | PMNT | 6B | 06-JUN-2005 | CL/A | C. NGUYEN-ANAGRAM | | 400 284197 | | $25.00 | 07-JUN-2005 |
| 0117 | PMNT | 6B | 20-JUN-2005 | GC/H | C.NGUYEN-ANAGRAM | | 400 284448 | | $25.00 | 22-JUN-2005 |
| 0120 | PMNT | 6B | 05-JUL-2005 | CL/A | C. NGUYEN | | 284695 | | $50.00 | 13-JUL-2005 |
| 0121 | PMNT | 6B | 19-JUL-2005 | CL/A | CHAU NGUYEN | | | | $25.00 | 21-JUL-2005 |
| 0123 | PMNT | 6B | 01-AUG-2005 | CL/A | C. NGUYEN | | 285982 | | $25.00 | 03-AUG-2005 |
| 0125 | PMNT | 6B | 15-AUG-2005 | CL/A | C. NGUYEB | | 286357 | | $25.00 | 17-AUG-2005 |
| 0126 | PMNT | 6B | 29-AUG-2005 | CL/A | C. NGUYEN | | 286654 | | $25.00 | 31-AUG-2005 |
| 0130 | PMNT | 6B | 13-SEP-2005 | CL/A | C. NGUYEN | | 286962 | | $25.00 | 14-SEP-2005 |
| 0131 | PMNT | 6B | 26-SEP-2005 | CL/A | Chau Nguyen | | 437441 | | $25.00 | 27-SEP-2005 |
| 0138 | PMNT | 6B | 11-OCT-2005 | CL/A | C. NGUYEN | | 287653 | | $25.00 | 12-OCT-2005 |
| 0139 | PMNT | 6B | 24-OCT-2005 | CL/A | C. NGUYEN | | 288690 | | $25.00 | 26-OCT-2005 |
| 0142 | PMNT | 6B | 08-NOV-2005 | CL/A | CHAU NGUYEN | | 438168 | | $25.00 | 14-NOV-2005 |
| 0143 | PMNT | 6B | 22-NOV-2005 | CL/A | CHAU NGUYEN | | 289658 | | $25.00 | 23-NOV-2005 |