UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court No. 01-300(3) DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAU VAN NGUYEN,<br><br>Defendant,<br><br>ANAGRAM INTERNATIONAL, INC.,<br><br>Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Chau Van Nguyen, the judgment debtor, and
Anagram International, Inc., Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Chau Van Nguyen.

An Agreed Final Order in Garnishment was signed by the garnishee and the judgment debtor and issued by the Court on May 27, 2003. As of the date of the Agreed Final Order in Garnishment, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

Pursuant to the Writ of Garnishment, the garnishee has withheld the sums reflected on the attached payment history.

Dated: November 30, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600