# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 29-NOV-2006 FOR: 2002Z00263/002 PAGE: 1 OF 2

DEBTOR: Chau Van Nguyen

COURT NUMBER: 01-300 (3) DWF PRIORITY CODE: 02

CURRENT LIABILITY BALANCE: $xxxx

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0146 | PMNT | 6B | 07-DEC-2005 | CL/A | CHAU NGUYEN | | 290022 | | $25.00 | 08-DEC-2005 |
| 0147 | PMNT | 6B | 20-DEC-2005 | CL/A | Chau Nguyen | | 438838 | | $25.00 | 21-DEC-2005 |
| 0148 | PMNT | 6B | 03-JAN-2006 | CL/A | C. NGUYEN | | 290434 | | $25.00 | 04-JAN-2006 |
| 0151 | PMNT | 6B | 17-JAN-2006 | CL/A | CHAU NGUYEN | | 290886 | | $25.00 | 18-JAN-2006 |
| 0152 | PMNT | 6B | 31-JAN-2006 | CL/A | CHAU NGUYEN | | 291133 | | $25.00 | 01-FEB-2006 |
| 0154 | PMNT | 6B | 13-FEB-2006 | CL/A | C. NGUYEN | | 4-1147 | | $25.00 | 27-FEB-2006 |
| 0158 | PMNT | 6B | 28-FEB-2006 | CL/A | C. NGUYEN | | 4-1578 | | $25.00 | 07-MAR-2006 |
| 0161 | PMNT | 6B | 13-MAR-2006 | CL/A | CHAU NGUYEN | | 4-1937 | | $25.00 | 22-MAR-2006 |
| 0165 | PMNT | 6B | 24-APR-2006 | CL/A | CHAU NGUYEN | | 4-3079 | | $25.00 | 03-MAY-2006 |
| 0168 | PMNT | 6B | 09-MAY-2006 | GC/H | C. NGUYEN-ANAGRAM | | 4-3501 | | $25.00 | 10-MAY-2006 |
| 0169 | PMNT | 6B | 22-MAY-2006 | GC/H | CHAU NGUYEN - ADP | | 4-3886 | | $25.00 | 23-MAY-2006 |
| 0172 | PMNT | 6B | 08-JUN-2006 | GC/H | C. Nguyen - Anagram | | 4641000078 | | $25.00 | 09-JUN-2006 |
| 0173 | PMNT | 6B | 19-JUN-2006 | CL/A | CHAU NGUYEN | | 4-4620 | | $25.00 | 20-JUN-2006 |
| 0174 | PMNT | 6B | 05-JUL-2006 | CL/A | Chau Nguyen | | 5131 | | $25.00 | 07-JUL-2006 |
| 0177 | PMNT | 6B | 17-JUL-2006 | GC/H | Chau Nguyen | | 4641005433 | | $25.00 | 18-JUL-2006 |
| 0178 | PMNT | 6B | 31-JUL-2006 | GC/H | C. NGUYEN-ADP | | 4-5753 | | $25.00 | 04-AUG-2006 |
| 0181 | PMNT | 6B | 15-AUG-2006 | CL/A | CHAU NGUYEN | | 4-6142 | | $25.00 | 17-AUG-2006 |
| 0182 | PMNT | 6B | 28-AUG-2006 | GC/H | ANAGRAM - CHAU N. | | 4-6394 | | $25.00 | 29-AUG-2006 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 29-NOV-2006 FOR: 2002Z00263/002 PAGE: 2 OF 2

DEBTOR: Chau Van Nguyen

COURT NUMBER: 01-300 (3) DWF PRIORITY CODE: 02

CURRENT LIABILITY BALANCE: $xxxx

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0184 | PMNT | 6B | 12-SEP-2006 | GC/H | C. NGUYEN - ANAGRAM | | 4-6830 | | $25.00 | 13-SEP-2006 |
| 0185 | PMNT | 6B | 26-SEP-2006 | GC/H | ADP Anagram - Nguyen | | 7173 | | $25.00 | 27-SEP-2006 |
| 0188 | PMNT | 6B | 12-OCT-2006 | GC/H | CHAU NGUYEN-ADP | | 4-7614 | | $25.00 | 13-OCT-2006 |
| 0190 | PMNT | 6B | 07-NOV-2006 | GC/H | C. NGUYEN - ADP | | 4-8234 | | $25.00 | 08-NOV-2006 |
| 0191 | PMNT | 6B | 20-NOV-2006 | GC/H | C.NGUYEN-ADP ANAGRAM | | 4-8573 | | $25.00 | 21-NOV-2006 |

Total Payments for Debtor: $xxxx