# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** [redacted]

**Report Date:** 01/09/2008

**CDCS NBR** [redacted] **Collect Type** 6B **Court Nbr** [redacted]

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0185 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0186 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0187 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0188 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0189 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0190 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0191 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0192 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0193 | PMNT | 12/04/2006 | GC | H | C. NGUYEN-ANAGRAM | | 4-8871 | | 12/05/2006 | $25.00 |
| 0194 | PMNT | 12/18/2006 | CL | A | C. Nguyen - ADP | | 4641009279 | | 12/19/2006 | $25.00 |
| 0195 | PMNT | 01/03/2007 | GC | H | C. NGUYEN - ANAGRAM | | 4-9594 | | 01/04/2007 | $25.00 |
| 0196 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0197 | PMNT | 01/16/2007 | GC | H | CHAU N.-ANAGRAM | | 4-10003 | | 01/17/2007 | $25.00 |
| 0198 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0199 | PMNT | 01/30/2007 | GC | H | C. NGUYEN-ANAGRAM | | 4-10370 | | 02/01/2007 | $25.00 |
| 0200 | PMNT | 02/13/2007 | GC | H | C. NGUYEN-ANAGRAM | | 4-10946 | | 02/16/2007 | $25.00 |
| 0201 | PMNT | 02/27/2007 | GC | H | ANAGRAM-C. NGUYEN | | 4-11263 | | 02/28/2007 | $25.00 |
| 0202 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0204 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0206 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0208 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0218 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0228 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0236 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0247 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0260 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0271 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |
| 0279 | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | | [redacted] | [redacted] |