# United States Department of Justice
## Consolidated Debt Collection System
### Single Liability Payment History

**Report Level:** MN

**For Report Parameters:** 2002B13838 ,001 ,949012

**Report Date:** 01/03/2008

**PAYMENTS**

| **CDCS NBR** | **Name** | **Collect Type** | **Court Nbr** | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** |
|---|---|---|---|---|---|---|---|
| 2002B13838/001 | Nguyen, Chau Van | 6B | 01-300(3) DWF/AJB | 03 | | | $55,942.24 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0220 | PMNT | 03/14/2007 | GC | H | ANAGRAM | | 4-11648 | | 03/19/2007 | $25.00 |
| 0223 | PMNT | 03/26/2007 | GC | H | ANAGRAM | | 4-11903 | | 03/28/2007 | $25.00 |
| 0230 | PMNT | 04/10/2007 | GC | H | ANAGRAM | | 4-12315 | | 04/11/2007 | $25.00 |
| 0233 | PMNT | 04/23/2007 | GC | H | ANAGRAM | | 4-12613 | | 04/24/2007 | $25.00 |
| 0241 | PMNT | 05/08/2007 | GC | H | ANAGRAM | | 4-12981 | | 05/09/2007 | $25.00 |
| 0244 | PMNT | 05/22/2007 | GC | H | ANAGRAM | | 4-13362 | | 05/24/2007 | $25.00 |
| 0249 | PMNT | 06/04/2007 | GC | H | Anagram Intnl ADP | | 13620 | | 06/05/2007 | $25.00 |
| 0252 | PMNT | 06/19/2007 | GC | H | ANAGRAM ADP | | 4-14051 | | 06/20/2007 | $25.00 |
| 0257 | PMNT | 07/02/2007 | GC | H | ANAGRAM | | 4-14429 | | 07/03/2007 | $25.00 |
| 0262 | PMNT | 07/17/2007 | GC | H | ANAGRAM | | 4-14829 | | 07/18/2007 | $25.00 |
| 0265 | PMNT | 07/30/2007 | GC | H | ANAGRAM | | 4-15096 | | 07/31/2007 | $25.00 |
| 0268 | PMNT | 08/14/2007 | GC | H | ANAGRAM | | 4-15474 | | 08/15/2007 | $25.00 |
| 0273 | PMNT | 08/28/2007 | GC | H | ANAGRAM | | 4-15750 | | 08/29/2007 | $25.00 |
| 0276 | PMNT | 09/11/2007 | GC | H | ADP | | 4-16069 | | 09/12/2007 | $25.00 |
| 0281 | PMNT | 09/25/2007 | GC | H | ANAGRAM | | 4-16396 | | 09/26/2007 | $25.00 |
| 000292 | PMNT | 10/09/2007 | GC | H | Anagram | | 4641016783 | | 10/10/2007 | $25.00 |
| 000300 | PMNT | 10/23/2007 | GC | H | ANAGRAM | | 4-17135 | | 10/24/2007 | $25.00 |
| 000303 | PMNT | 11/05/2007 | GC | H | ADP | | 4-17401 | | 11/07/2007 | $25.00 |
| Total | | | | | | | | | | $450.00 |